195 So. 909

### Charles LEE v. STATE.
### 4 Div. 593.

Court of Appeals of Alabama.
April 2, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

192 So. 916

### Robert Lee, alias Pug, LEWIS v. STATE.
### 4 Div. 548.

Court of Appeals of Alabama.
Nov. 21, 1939.

A. L. Patterson, of Phenix City, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

195 So. 910

### Will LEWIS v. STATE.
### 6 Div. 631.

Court of Appeals of Alabama.
March 19, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

190 So. 923

### Herman LINDSAY v. STATE.
### 8 Div. 786.

Court of Appeals of Alabama.
June 6, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.

192 So. 916

### Cornelius LONG v. CITY OF TUSCALOOSA.
### 6 Div. 588.

Court of Appeals of Alabama.
Dec. 1, 1939.

PER CURIAM.

Appeal dismissed for want of prosecution.

195 So. 910

### LOUIS PIZITZ DRY GOODS CO. v. John BETHUNE (Bethune Electric Co.)
### 6 Div. 651.

Court of Appeals of Alabama.
March 26, 1940.

Wm. S. Pritchard and Winston B. McCall, both of Birmingham, for appellant.

Leader, Hill, Tenenbaum & Seedman, of Birmingham, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed by agreement.